IN THE SUPREME COURT OF THE STATE OF DELAWARE

FORTILINE, INC. and PATRIOT
SUPPLY HOLDINGS, INC.

§
§
§ No. 300, 2025
§
Plaintiffs Below, §
Appellants, § Court Below—Court of Chancery
§ of the State of Delaware
§
v. §
§ C.A. No. 2024-0211
§
HAYNE MCCALL, CHRISTOPHER §
ANTOS, BRUCE ROBERTS, §
JEFFREY T. JENKINS, SIDNEY C. §
PETERSON III, CLIFFORD §
SPAHN, JAMES R. COOK, JR., §
TIMOTHY L. VANEGMOND, §
ALAN HIBBARD, DAVID S. §
HORN, DAVID T. MCLEAN, §
DAVID W. KING, E. TODD §
O'TUEL, GREGOY F. WEINGART, §
GREGORY MCCLELLAND, JR., §
JASON A. WEISER, JOHN C. §
WEST, LEMUEL MAZA and §
SEAN P. STILLEY, §
§
Defendants Below, §
Appellees. §

Submitted: January 28, 2026
Decided: February 10, 2026

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW** and
**GRIFFITHS**, Justices, constituting the Court *en banc*.

## **ORDER**

This 10th day of February, 2026, after consideration of the parties' briefs, the

argument of counsel, and the record on appeal, it appears to the Court that the

judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its memorandum opinion dated June 27, 2025.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *Fortiline, Inc. v. McCall*, 341 A.3d 1027 (Del. Ch. June 27, 2025).